B-2100A (Form 2100A)(12/15)

# UNITED STATES BANKRUPTCY COURT

## *For the Western District of Missouri*

IN RE:                                            §    **CASE NO.**
                                                  §
**PHILLIP EDWARD DIAMOND, JR**                    §    **20-41132-drd13**
                                                  §    **Chapter 13**

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **TEA OLIVE, LLC** | **Security Finance Corporation** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**TEA OLIVE, LLC**

**PO BOX 1931**

**Burlingame, CA 94011-1931**

Phone: (628) 246-2211
Last Four Digits of Acct #: 7053

Court Claim # (if known):  1
Amount of Claim: $  1578.00
Date Claim Filed:  6/22/2020

Phone: (800) 355-5492
Last Four Digits of Acct.#: 7053

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Manuel Quiogue                          Date:      12/22/2020

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*